COPY

1  STEVEN A. NICHOLS (State Bar No. 92413)
   snichols@rutan.com
2  RONALD P. OINES (State Bar No. 145016)
   roines@rutan.com
3  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
4  Costa Mesa, California 92626-1931
   Telephone:  714-641-5100
5  Facsimile:   714-546-9035

6  Attorneys for Plaintiffs TEAM GORDON, INC.
   and SPEED ENERGY DRINK, LLC
7

FILED
2010 SEP 13 PM 12: 57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 TEAM GORDON, INC., a California        Case No. SACV10-1379 AG(RNBx)
   Corporation; SPEED ENERGY DRINK,
12 LLC, a Delaware Limited Liability      **PLAINTIFFS' COMPLAINT FOR
   Company,                               DECLARATORY RELIEF RE
13                                        TRADEMARK**
            Plaintiffs,
14
       v.                                 **DEMAND FOR JURY TRIAL**
15
   SPECIALIZED BICYCLE
16 COMPONENTS, INC., a California
   Corporation; and DOES 1 through 10,
17
            Defendants.
18

19

20      As a Complaint against defendant SPECIALIZED BICYCLE

21 COMPONENTS, INC. ("Specialized") and Does 1 through 10, inclusive

22 (collectively, "Defendants"), Plaintiffs TEAM GORDON, INC. ("TGI") and SPEED

23 ENERGY DRINK, LLC ("Speed Energy") (collectively, "Plaintiffs") allege as

24 follows:

25

26

27

28

Rutan & Tucker LLP
attorneys at law

2118/025853-0003
1119224.01 a09/13/10                           PLAINTIFFS' COMPLAINT

### Jurisdiction and Venue

1. This Court has jurisdiction of this Complaint pursuant to 15 U.S.C. § 1121 (Lanham Act) because it includes a claim for declaratory relief regarding Specialized's alleged trademarks, including federally registered trademarks. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b)(1). Pursuant to 28 U.S.C. § 1391(c), Specialized resides in this Judicial District because, among other things, this Court has personal jurisdiction over Specialized based on its significant contacts and business dealings in the State of California and in this Judicial District.

### The Parties

2. TGI is a California corporation, with operations in Anaheim, California.

3. Speed Energy is a Delaware limited liability company, with its principal place of business located in Charlotte, North Carolina.

4. On information and belief, Specialized is a California corporation, with its principal place of business located in Morgan Hill, California.

5. The true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1 through 10, inclusive, are unknown to Plaintiffs, which therefore sue said defendants by such fictitious names. Plaintiffs will seek leave of this Court to amend this Complaint to include their proper names and capacities when they have been ascertained. Plaintiffs are informed and believe, and based thereon allege, that each of the fictitiously named defendants participated in and are in some manner responsible for the acts described in this Complaint.

6. Plaintiffs allege on information and belief that each of the defendants named herein as Does 1 through 10, inclusive, performed, participated in, or abetted in some manner, the acts alleged herein, and proximately caused the injury alleged herein, and are liable to Plaintiffs for the relief sought herein.

7. Plaintiffs allege on information and belief that, in performing the acts and omissions alleged herein, and at all times relevant hereto, each of the defendants was the agent and employee of each of the other defendants and was at all times

acting within the course and scope of such agency and employment with the knowledge and approval of each of the other defendants.

### *General Allegations*

8. Robby Gordon is an internationally known Indy Car, NASCAR, and offroad race car driver and racing team owner. He has been a professional racer for 25 years, and has won dozens of off-road, Indy Car and NASCAR races. Robby Gordon has been an off-road racing champion several times over, and is the first American to win stages in the grueling international off-road endurance race known as "The Dakar Rally."

9. Robby Gordon's racing enterprises are operated through his racing team, TGI, which is based in Anaheim, California and Charlotte, North Carolina. Because of the connection to racing, Mr. Gordon and/or TGI have at various times used the word "Speed" to identify their companies and/or their operations. TGI currently conducts certain of its operations under the name "Robby Gordon Motorsports," which is also known as "Speed Factory." Robby Gordon Motorsports or Speed Factory is the world class, multi-series racing team through which TGI and Robby Gordon construct elite off-road and NASCAR racing vehicles, and field teams and drivers to operate and support those vehicles in racing events around the world. Such vehicles include NASCAR Sprint Cup cars, SCORE International Off-Road Trophy trucks, Dakar Rally race vehicles, Short Course Off-Road trucks, Monster Trucks, and Mr. Gordon's internationally known Dakar Hummer off-road vehicles.

10. In or about May of 2010, Robby Gordon and TGI launched a web-based reality show that features an inside look at the day-to-day operations of Robby Gordon's Speed Factory. The show is broadcast at www.speedfactory.tv. Robby Gordon and TGI adopted a stylized letter "S" as the logo for Speed Factory (the "Speed Logo") because the letter "S" is the first initial of the word "Speed".

11. Also in or about May of 2010, Robby Gordon formed the company

known as Speed Energy to produce, market, distribute and sell energy drinks and related products. As with Speed Factory, Mr. Gordon selected the word "Speed" as part of the name for the energy drink company due to the obvious racing connection. Speed Energy also intends to use the Speed Logo in connection with the sale of its line of energy drinks, candies and chewing gum.

12. Speed Energy has filed applications for Federal registration for the following marks: S (Stylized), SPEED ENERGY, SPEED ENERGY DRINK, and SPEEDFACTORY.TV.

13. On information and belief, Specialized sells bicycles and bicycle equipment and components. Specialized is not and has never been in the business of Indy Car, NASCAR, off-road, or any other type of motor vehicle racing. Specialized is not and has never been in the business of producing, marketing, distributing or selling energy drinks, or any type of drink for that matter. Specialized is not and has never been in the business of producing, marketing, distributing or selling candy or chewing gum.

14. On information and belief, the actual and potential customer base of Specialized is vastly different from the customer bases of Speed Factory or Speed Energy. Likewise, the marketing channels used by Specialized to market its bicycle products are vastly different from the channels used by Speed Factory and Speed Energy to market their products.

15. On information and belief, Specialized sometimes uses a logo that consists of a stylized "S" in connection with the sale of its bicycle products (the "Specialized Logo").

16. There are numerous logos used in commerce in various industries that consist of or include a stylized "S." On information and belief, these logos have co-existed for many years without actual or likely consumer confusion.

17. On or about September 3, 2010, Specialized, through its legal counsel, sent a cease and desist letter to Mr. Gordon. In that letter, Specialized asserted that

it owns trademark rights in the Specialized Logo, and that the Specialized Logo is a "famous" mark. Specialized further asserted that Speed Factory's and Speed Energy's use of the Speed Logo infringes Specialized's trademark rights in the Specialized Logo. Specialized also asserted that such use of the Speed Logo dilutes Specialized's logo. Although Specialized did not threaten to sue Plaintiffs, Specialized demanded, among other things, that Plaintiffs cease all uses of the Speed Logo and abandon all of Plaintiffs' Federal trademark applications relating to the Speed Logo.

## FIRST CLAIM FOR RELIEF
### (Declaratory Relief Re Noninfringement of Trademark)

18. Plaintiffs reallege and incorporate herein by this reference each and every allegation contained in paragraphs 1 through 17, inclusive, of this Complaint as set forth above.

19. An actual controversy has arisen and now exists between Plaintiffs and Specialized in that Specialized contends that Plaintiffs' use of the Speed Logo constitutes trademark infringement and unfair competition.

20. Plaintiffs desire a judicial determination and declaration that Plaintiffs' use of Plaintiffs' Speed Logo does not infringe on any valid trademark rights of Specialized, or otherwise violate any of Specialized's rights. Such a declaration is necessary and appropriate at this time so that Plaintiffs may ascertain their rights with respect to the use of Plaintiffs' Speed Logo.

## SECOND CLAIM FOR RELIEF
### (Declaratory Relief Re Nondilution of Trademark)

21. Plaintiffs reallege and incorporate herein by this reference each and every allegation contained in paragraphs 1 through 17, inclusive, of this Complaint as set forth above.

22. An actual controversy has arisen and now exists between Plaintiffs and Specialized in that Specialized contends that Plaintiffs' use of the Speed Logo

1  dilutes Specialized's alleged trademark.

2      23.    Plaintiffs desire a judicial determination and declaration that Plaintiffs' use of Plaintiffs' Speed Logo does not dilute any valid trademark of Specialized, or otherwise violate any of Specialized's rights. Such a declaration is necessary and appropriate at this time so that Plaintiffs may ascertain their rights with respect to the use of Plaintiffs' Speed Logo.

**WHEREFORE**, Plaintiffs pray for judgment on their Complaint as follows:

1. For a declaration that Plaintiffs' use of Plaintiffs' Speed Logo does not infringe on any valid trademark right of Defendants or otherwise violate any of Defendants' rights;

2. For a declaration that Plaintiffs' use of Plaintiffs' Speed Logo does not dilute any valid trademark of Defendants or otherwise violate any of Defendants' rights;

3. For reasonable attorneys' fees, to the extent authorized by law, including because this is an exceptional case under the Lanham Act;

4. For costs of suit; and

5. For such other and further relief as the Court may deem just and proper.

Dated: September 13, 2010

RUTAN & TUCKER, LLP
STEVEN A. NICHOLS
RONALD P. OINES

By: _____
Ronald P. Oines
Attorneys for plaintiffs TEAM GORDON, INC. and SPEED ENERGY DRINK, LLC

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury.

Dated: September 13, 2010

RUTAN & TUCKER, LLP
STEVEN A. NICHOLS
RONALD P. OINES

By: _____
Ronald P. Oines
Attorneys for plaintiffs TEAM
GORDON, INC. and SPEED
ENERGY DRINK, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV10- 1379 AG (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Steven A. Nichols SBN 92413 snichols@rutan.com
Ronald P. Oines SBN 145016 roines@rutan.com
Rutan & Tucker, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, CA 92626
Telephone: 714-641-5100
Facsimile: 714-546-9035
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TEAM GORDON, INC., a California Corporation; SPEED ENERGY DRINK, LLC, a Delaware Limited Liabiilty Company,<br><br>PLAINTIFF(S)<br>v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC., a California Corporation; and DOES 1 through 10,<br>DEFENDANT(S). | CASE NUMBER<br><br>SACV10-1379 AG(RNBx)<br><br>SUMMONS |
|---|---|

TO:DEFENDANT(S): <u>SPECIALIZED BICYCLE COMPONENTS, INC.</u>

A lawsuit has been filed against you.

Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Steven A. Nichols, Esq., Ronald P. Oines, Esq</u>, whose address is <u>Rutan & Tucker, LLP, 611 Anton Boulevard, 14th Floor, Costa Mesa, CA 92626</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **SEP 1 3 2010**    By: **NANCY CASTRO**   SEAL
    Deputy Clerk

    (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)    SUMMONS    American LegalNet, Inc.
www.USCourtForms.com

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
TEAM GORDON, INC., a California Corporation; SPEED ENERGY DRINK, LLC, a Delaware Limited Liability Company

**DEFENDANTS**
SPECIALIZED BICYCLE COMPONENTS, INC., a California Corporation; and DOES 1 through 10

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Steven A. Nichols SBN 92413 / Ronald P. Oines SBN 145016
Rutan & Tucker, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, CA 92626
Telephone: 714-641-5100

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ Attorneys' Fees to be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
This Court has jurisdiction pursuant to 15 U.S.C. Section 1121 (Lanham Act) because it includes a claim for declaratory relief regarding trademarks including federally registered trademarks.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument |  |  | ☐ 535 Death Penalty |  |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other |  |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
|  | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV |  |  |  |  | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service |  | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture |  |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
|  |  |  | ☐ 442 Employment |  | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract |  |  |  | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare |  | ☐ 61 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise |  | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation |  |  | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment |  |  |  | **FEDERAL TAX SUITS** |
|  | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
|  | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee |  |  |  |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: **SACV10-1379 AG(RNBx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District * | California County outside of this District; State, if other than California, or Foreign Country |
|---|---|
| Team Gordon, Inc.: Orange County | Speed Energy Drink, LLC: North Carolina |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California, or Foreign Country |
|---|---|
| Specialized Bicycle Components, Inc.: Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California, or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date September 13, 2010
Ronald P. Oines

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |