Darrell L. Olson (CA Bar No. 77,633)
darrell.olson@kmob.com
Gregory B. Phillips (CA Bar No. 251,749)
gregory.phillips@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counterclaimant
SPECIALIZED BICYCLE COMPONENTS, INC.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TEAM GORDON, INC., a California Corporation; SPEED ENERGY DRINK, LLC, a Delaware Limited Liability Company,<br><br>              Plaintiffs,<br><br>    v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.; and DOES 1 through 10,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV 10-1379-AG (RNBx)<br><br>**DEFENDANT AND COUNTERCLAIMANT SPECIALIZED BICYCLE COMPONENTS INC.'S** [~~PROPOSED~~] **PRELIMINARY INJUNCTION ORDER**<br><br>Hearing Date: Nov. 15, 2010<br>Time: 10:00 a.m.<br>Crtrm: 10D<br><br>**Hon. Andrew J. Guilford** |

This Court, having considered the (a) moving and reply submissions of Specialized Bicycle Components Inc.'s ("Specialized") Motion for Preliminary Injunction ("the Motion"), the Memorandum of Points and Authorities in Support of the Motion, and the declarations and exhibits in support thereof, (b) Team Gordon, Inc.'s and Speed Energy Drink, LLC's opposition thereto, and the declarations and exhibits, including supplemental submissions, in support of said opposition, and (c) the oral argument of counsel, and good cause appearing as set forth in the Court's Findings of Fact and Conclusions of Law entered herewith, hereby **GRANTS** the Motion and **ORDERS THAT**:

1. Team Gordon, Inc. and Speed Energy Drink, LLC, their officers, agents, servants, employees and attorneys, and all those persons in active concert or participation with them, who have actual notice of this Order, be forthwith preliminarily enjoined during the pendency of this action from using the Speed Energy S Logo mark, illustrated below, to sell, market, advertise or identify Team Gordon Inc.'s and Speed Energy Drink, LLC's products or services.

2. The above injunction is effective immediately upon Specialized posting a bond with this Court in the amount of $ 3,000,000.00.

IT IS HEREBY ORDERED.

Dated: NOVEMBER 18, 2010   By: _____
THE HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

10010888

-1-