Steven A. Nichols (State Bar No. 94,213)
snichols@rutan.com
Ronald P. Oines (State Bar No. 145,016)
roines@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Phone: (714) 641-5100
Facsimile: (714) 546-9035

Attorneys for Plaintiffs
TEAM GORDON, INC. and SPEED ENERGY DRINK, LLC

Darrell L. Olson (CA Bar No. 77,633)
darrell.olson@kmob.com
Gregory B. Phillips (CA Bar No. 251,749)
gregory.phillips@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant
SPECIALIZED BICYCLE COMPONENTS, INC.

FILED
CLERK U.S DISTRICT COURT
DEC 20 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| TEAM GORDON, INC., a California Corporation; SPEED ENERGY DRINK, LLC, a Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED BICYCLE COMPONENTS, INC.; and DOES 1 through 10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV 10-1379-AG (RNBx)<br><br>[PROPOSED] FINAL PERMANENT INJUNCTION PURSUANT TO SETTLEMENT AGREEMENT<br><br>Hon. Andrew J. Guilford |

This case having come before this Court, and it being represented to the Court that Defendant Specialized Bicycle Components, Inc. ("Specialized") and Plaintiffs Team Gordon, Inc. ("TGI") and Speed Energy Drink, LLC. ("Speed Energy")(collectively, "Plaintiffs"), have executed a settlement agreement and pursuant thereto, provide the following order, IT IS HEREBY ORDERED ADJUDICATED AND DECREED THAT:

1. This Court has subject matter jurisdiction over this action as well as personal jurisdiction over the parties.

2. Venue is proper in this judicial district.

3. Specialized uses a stylized S in connection with its services and products (hereinafter "Specialized S Logo"). The Specialized S Logo is a strong mark. Specialized is the owner of the following United States Trademark Registrations to the Specialized S Logo:

| Mark | Registration No. | Registration Date |
|---|---|---|
| Specialized S Logo | 1,256,797 | November 8, 1983 |
| Specialized S Logo | 1,515,498 | December 6, 1988 |
| Specialized S Logo and WORKS | 1,709,918 | August 25, 1992 |
| Specialized S Logo | 3,183,096 | December 12, 2006 |
| Specialized S Logo | 3,290,139 | September 11, 2007 |

Specialized has also developed common law rights in its Specialized S Logo. The Specialized S Logo is a valid protectable mark.

/ / /

4.      Plaintiffs have used a stylized S (hereinafter "Speed S Logo") in connection with their services and products, including racing services, a web-based reality show, related apparel and headwear and energy drinks.  With respect to the web-based reality show, Plaintiffs have, to date, produced nine episodes which are available for viewing on the website www.speedfactory.tv ("Nine Speed Factory Episodes").  These episodes include scenes showing racing teams, cars and the like, some of which depict the Speed S Logo.

5.1     Team Gordon, Inc. and Speed Energy Drink, LLC, their officers, agents, servants, employees and attorneys, and all those persons in active concert or participation with them, who have actual notice of this Order, are forthwith permanently enjoined from using, worldwide, the Speed S Logo mark, illustrated below, to sell, market, advertise or identify Team Gordon Inc.'s and Speed Energy Drink, LLC's products or services.



Notwithstanding the foregoing, the following limited use exceptions apply:

A.      TGI and Speed Energy may make limited use only of the Speed S Logo through limited use of historical images (video and still) taken or created between April 2010 and December 2010 of the Speed S Logo on race and support vehicles and race team uniforms and/or apparel and accessories. Such limited use shall curtail over time.  Such limited use by TGI and Speed Energy shall exclude:

/ / /

    (i) use of the Speed S Logo in a way that suggests the Speed S Logo is a current logo or a part of their brand strategy, and

    (ii) use of images of energy drink cans bearing the Speed S Logo; or the use of images of merely hats, t-shirts or other logoed products where the hats, t-shirts, and other products are standing alone and not depicted while being used and/or worn, and

    (iii) designing, developing, manufacturing, distributing, promoting, marketing, or selling any product with the Speed S Logo, and

    (iv) use of images of the Speed S Logo to promote a future event.

  B. Notwithstanding the order in paragraph 5.1, TGI and Speed Energy shall have until January 15, 2011 to cease use of the Speed S Logo on their websites, racing teams, racing cars and related vehicles and accessories.

  C. Notwithstanding the order in paragraph 5.1, TGI and Speed Energy may continue to make the Nine Speed Factory Episodes available for viewing on the Speed Factory website. However, all use by TGI and Speed Energy of the Nine Speed Factory Episodes to the extent they display the Speed S Logo will cease no later than February 15, 2011.

  5.2 Paragraph 5.1 shall not apply to any persons or entities which purchased or are using products bearing the Speed S Logo that were sold by TGI and/or Speed Energy as of the Effective Date of the settlement agreement.

  6. All claims and counterclaims of the parties are hereby dismissed, with prejudice.

  7. Each party shall bear its own costs and attorneys' fees.

  8. The parties affirmatively waive any and all rights to appeal this Order.

  9. Except with respect to any currently existing use by TGI or Speed Energy of the Speed S Logo that is prohibited by this Order, before any action or proceeding is commenced to enforce this Order, the party seeking

enforcement shall first provide seven (7) days advance written notice within which to cure to the party against whom enforcement is sought requesting that such party cure any alleged violation of this Order.

10. The Court retains jurisdiction over this Order for the purpose of ensuring compliance with the terms hereof.

**IT IS SO ORDERED:**

Dated: DEC 20, 2010

THE HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

10131410
120810